IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ABBY CHANTEL SELMAN, and MARCUS CORY SCOTT  Defendant. | Case No. 23-CR-00217-GKF |

## MOTION TO DISMISS COUNT EIGHT OF THE INDICTMENT

Pursuant to Rule 48(a) Federal Rules of Criminal Procedure, the United States moves to dismiss Count Eight of the Indictment, without prejudice, as against defendants Abby Chantel Selman and Marcus Cory Scott.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Nathan E. Michel*
Nathan E. Michel, KS Bar No. 25068
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK  74119
Telephone:  918.382.2700
Facsimile:  918.560.7939

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing under seal and emailed to the following.

Justin Lollman
*Counsel for Defendant Selman*

Richard Mitchell
*Counsel for Defendant Scott*

/s/ Nathan E. Michel
Nathan E. Michel
Assistant United States Attorney